UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-058-E

No. 25-2724

BRANDON PUGH,
Appellant

v.

BERKS COUNTY BOARD OF ELECTIONS

(E.D. Pa. No. 5:25-cv-03267)

Present: MATEY, PHIPPS, and FISHER, Circuit Judges

1. Appellant's Emergency Motion for Preliminary Injunction Pending Appeal

2. Response by Appellee Berks County Board of Elections to Motion for Injunction and Motion to Summarily Affirm the District Court Order on Appeal

3. Reply by Appellant Brandon Pugh in Support of Emergency Motion for Injunction and Response by Appellant to Appellee's Motion to Summarily Affirm

Respectfully,
Clerk/tmm

_____ORDER_____

Appellant's emergency motion for preliminary injunction pending appeal is DENIED.

Appellee's motion to summarily affirm the District Court order on appeal is still under consideration and a separate order will be issued on that motion.

By the Court,

s/ Paul B. Matey
Circuit Judge

Dated: September 16, 2025
Tmm/cc: Joel A. Ready, Esq.
　　　　Jeffrey D. Bukowski, Esq.