UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-059-E

No. <u>25-2724</u>

BRANDON PUGH,
Appellant

v.

BERKS COUNTY BOARD OF ELECTIONS

(E.D. Pa. No. 5:25-cv-03267)

Present:  MATEY, PHIPPS, and FISHER, <u>Circuit Judges</u>

1. Motion by Appellee to Summarily Affirm the District Court Order on Appeal

2. Response by Appellant to Appellee's Motion to Summarily Affirm

                  Respectfully,
                  Clerk/tmm

_____ORDER_____

The foregoing motion is **GRANTED**.

                  By the Court,

                  s/ Paul B. Matey
                  Circuit Judge

Dated: November 7, 2025
Tmm/cc: Joel A. Ready, Esq.
        Jeffrey D. Bukowski, Esq.